AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

C-00-053

# United States District Court

District: **Southern**

Name: **Bruce Martin**
Prisoner No.: **399023**
Case No.: **84-CR-212-C**

Place of Confinement: **McConnell Unit**

United States District Court
Southern District of Texas
FILED
FEB 10 2000
MICHAEL N. MILBY, CLERK

Name of Petitioner (include name under which convicted): **(P.M.) Bruce Martin**

v.

Name of Respondent (authorized person having custody of petitioner): **Gary Johnson, Director T.D.C.J.**

The Attorney General of the State of: **N/A**

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: **In the 94th Judicial District Court, Nueces County TX.**

2. Date of judgment of conviction: **May 24th 1985**

3. Length of sentence: **50 Years CC**

4. Nature of offense involved (all counts): **Two Count Burglary of Habitation, One enhancement, Receiving Stolen Property**

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court ___13th Court of Appeals Nueces County, Texas___

    (b) Result ___Affirmed___

    (c) Date of result and citation, if known ___N/A___

    (d) Grounds raised ___N/A___

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court ___Writ of Habeus 11.07 – Court of Criminal Appeals___

        (2) Result ___denied___

        (3) Date of result and citation, if known ___N/A___

        (4) Grounds raised ___N/A___

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

        (1) Name of court ___None___

        (2) Result _____

        (3) Date of result and citation, if known ___None___

        (4) Grounds raised ___None___

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐     No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ___Court of Criminal Appeals___

        (2) Nature of proceeding ___Art. 11.07 Writ of Habeas Corpus___

        (3) Grounds raised ___(Ground One) The Court erred by not instructing the jury on the lesser included offense of Burglary of a Habitation___

(3)

AO 241 (Rev. 5/85)

Ground Two, The Court erred by allowing witness to testify
Ground Three, The Court erred by admitting jewel and other property
Ground Four, The State failed to meet their burden of proof by not proving beyond a reasonable doubt. Ground 5 Ineffective assistance of counsel during trial

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result  denied

(6) Date of result  December 9, 1998

(b) As to any second petition, application or motion give the same information:
(1) Name of court  Court of Criminal Appeals
(2) Nature of proceeding  Writ of Habeas Corpus Art. 11.07

(3) Grounds raised  _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result  denied

(6) Date of result  November 17, 1999

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☑   No ☐
(2) Second petition, etc.   Yes ☑   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution:  In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Based on Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law) Petitioner's Attorney made no independent investigation #2, had not consulted with Petitioner about the burglary offense #3, did not file or made no objections to the indictment using probation date for enhancement #4 Counsel had not investigated the scene of the offense, #5 Counsel did not review prosecuting attorney file #6 Counsel made no objections during criminal trial or during sentencing phase #7, Counsel allowed Petitioner to take the stand during trial while on heavy dosage of psychotic drug

B. Ground two: Based on Ineffective Assistance of Counsel of Appeal

Supporting FACTS (state *briefly* without citing cases or law)
Counsel Robert Weathers signed an written agreement to perfect Petitioner's Appeal by filing PDR or Writ of Habeas Corpus Art. 11.07 with the Court of Criminal Appeals, from which he did not. Breach said contract as he had signed to perfect said Appeal — Violating Petitioner 6th and 14th Amendment right to Effective Assistance of Counsel on Appeal

(5)

AO 241 (Rev. 5/85)

C.   Ground three: _____

   Supporting FACTS (state *briefly* without citing cases or law) _____

D.   Ground four: _____

   Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

   N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
   Yes ☐   No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

   (a)   At preliminary hearing   *Robert Weathers*

   (b)   At arraignment and plea   *Robert Weathers*

(6)

AO 241 (Rev. 5/85)

(c) At trial _Robert Weathers_

(d) At sentencing _Robert Weathers_

(e) On appeal _No did Not file PDR as agreed_

(f) In any post-conviction proceeding _None_

(g) On appeal from any adverse ruling in a post-conviction proceeding _None_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☒       No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐       No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) Give date and length of the above sentence: _50 Years_

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐       No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_2-3-00_
(date)

_Bruce Newton_
Signature of Petitioner

(7)