AO 240 (Rev. 5/85) Application to Proceed in Forma Pauperis, Supporting Documentation and Order    APPENDIX C

United States District Court
Southern District of Texas
FILED
FEB 10 2000
MICHAEL N. MILBY CLERK

# United States District Court

_Southern_ DISTRICT OF _Texas_

UNITED STATES OF AMERICA
V.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: **C-00-053**

I, _Bruce Martin_, declare that I am the (check appropriate box)

[x] petitioner/plaintiff  
[ ] movant (filing 28 U.S.C. 2255 motion)  
[ ] respondent/defendant  
[ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                               Yes [ ]   No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _11/1992, Amount Salary 650.00 wage 800_

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes [ ]   No [x]
   b. Rent payments, interest or dividends?                      Yes [ ]   No [x]
   c. Pensions, annuities or life insurance payments?            Yes [ ]   No [x]
   d. Gifts or inheritances?                                     Yes [ ]   No [x]
   e. Any other sources?                                         Yes [ ]   No [x]

AO 240 (Rev. 5/85)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February - 3 - 2000 / 2-3-00 .    _Bruce Martin_
             (Date)                              Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ ___8___ on account to his credit at the __McConnell Unit__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

____ther certify that during the last six months the applicant's average balance was $ __34.43__

_Opal M. Stephens CO II_
Authorized Officer of Institution

---

**ORDER OF COURT**

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____        _____  _____
United States Judge   Date          United States Judge   Date
                                    or Magistrate

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE              02/03/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                         10:41:53
TDCJ#: 00399023 SID#: 02863503 LOCATION: MCCONNELL     INDIGENT DTE: 01/27/00
NAME: MARTIN,BRUCE                         BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:      130.25
6MTH DEP:         230.58 6MTH AVG BAL:       17.80 6MTH AVG DEP:       38.43
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/00      50.88            30.00       10/99      25.80            20.00
12/99      25.00            25.25       09/99      41.71            60.33
11/99      84.21            75.00       08/99      20.00            20.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF __BEE__
ON THIS THE **03** DAY OF _February_, **00**, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



SABAS ENCINIA JR.
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 11-25-2001

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _U.S. District Court, Corpus Christi, TX_ (Identify Court, Attorney, etc.).

I, offender _Bruce Martin_ - TDCJ # _399023_, being presently incarcerated at the _McConnell_, Unit/Facility of the Texas Department of Criminal Justice, in _Bee_ County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the _3_ day of _February_, _2000_.

By: _Bruce Martin_                    Witness_____
(Offender Signature)                  (Approved - Witnessing Authority Signature)

INSTRUCTIONS:

1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's trust fund balance which the witnessing authority certifies. The certified copy is then provided to the offender.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The trust fund printout is immediately placed in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

NOTE: Trust fund information is for Court purposes ONLY. Any other inquires or questions regarding trust fund information, balances, deposits, withdrawals, etc. are to be submitted to TDCJ Offender Trust Fund Department.

ATC - Authorization No.1 (10/96)