# United States District Court

SOUTHERN ~~RECEIVED~~ DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

00 FEB 15 PM 1:42

CORPUS CHRISTI, TEXAS
SOUTHERN TEXAS

United States District Court
Southern District of Texas
FILED

MAR 02 2000

MICHAEL N. MILBY CLERK

BRUCE MARTIN

V.

GARY JOHNSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-53 -1

TO: (Name and address of defendant)  Gary Johnson, through:

Andy Taylor, First Asst. Attorney General
P. O. Box 12548
Capitol Station
Austin, Texas   78711-2548

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce Martin
#399023
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas   78102

an answer to the complaint which is herewith served upon you, within ___thirty (30)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                                February 15, 2000

CLERK                                            DATE

(by) M. Serpa
DEPUTY CLERK

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____
MAILED CERTIFIED MAIL ON: 2/22/00
CERTIFIED MAIL # 2149 739 020
RETURN RECEIPT DATED: 2/28/00

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/28/00
Date                              Signature of Server

521 STAR, C.C, TX. 78401
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.