UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI, DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 2000

Michael N. Miley
Clerk of Court

Bruce Martin No.399023
      Petitioner,

V.                                           C.A. No. C-00-53

Gary Johnson.

NOTICE

PETITIONER'S CHANGE OF ADDRESS

TO THE HONORABLE COURT:

  Comes Petitioner, Bruce Martin, filing his notice to the above court, Petitioner has been transferred to the Connally Unit. Address below:

Petitioner is now assigned to: CONNALLY UNIT, N.C. 67, BOX. 115
                                  KENEDY, TEXAS. 78119

EXECUTED: of _FEBRUARY 29_ 2000

SIGNED: _Bruce Martin_ No. _399023_.
           Connally Unit, N.C.67, Box. 115
           Kenedy, Texas. 78119

NOTE:   Please foreward mail
       to new address...Thank You.

# CERTIFICATE OF SERVICE

I Bruce Martin, the Petitioner, certify that on this _29_ day of _FEBRUARY_ 2000, a copy of this notice, change of address, has been submitted by Petitioner to the Attorney General as properly served.

EXECUTED on _29_ of _FEBRUARY_ 2000.

Signed: _Bruce Martin_ No. _399623_.

Connally Unit, N.C.67, Box. 115

Kenedy, Texas. 78119


NOTED: ATTORNEY OFFICE

ATTORNEY GENERAL OFFICE

P.O.BOX.12548/AUSTIN,TEXAS. 78711-2548