IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI, DIVISION

United States District Cour
Southern District of Texas
FILED
APR 10 2000
MICHAEL N. MILBY CLERK

BRUCE MARTIN,

V.                                               C.A. NO. C-00-53

GARY JOHNSON.

MOTION

TEMPORARILY HOLD ON RULING BY THIS COURT UNTIL
PETITIONER FILE HIS MOTION INTO DISTRICT COURT
TO PROCEED IN FEDERAL COURT

TO THE HONORABLE COURT:

   NOW COMES Petitioner Bruce Martin, showing the above Honorable Court the following:

(A) Petitioner received his copy of the State's Motion and Summary-Judgment dated March 29, 2000, as ordered by the above federal-court. To answer to Petitioner's Writ-Application.

(i) Upon receiving a copy, Petitioner discovered that the District Court of Nueces County never did received Petitioner's Motion requesting permission to proceed into the federal court, following, Petitioner's Writ-Application being denied without a written order, by Texas Court Criminal Appeals dated November 1999,

(ii) Petitioner received no answer from the district court when request the said permission. Petitioner submitted his motion to the district court in December of 1999, during the time of the McConnall's lock-down. Which could very well explain why the district court had not received Petitioner's Motion. Due to the difficulty, on the outgoing, and incoming mail situation.

   Petitioner is requesting that this Honorable Court to make a Temporary hold on the ruling, on the States Motion/Summary Judgment. allowing Petitioner extension of time to refile his Motion request to proceed into this federal court without the interference by the State's Attorney General Office. As requested to be Granted.

EXECUTED on 5TH of April 2000.
SIGNED Bruce Martin NO. 399023.

8.

## CERTIFICATE OF SERVICE

I Bruce Martin, Petitioner, certify, that on this day _5TH_ of _APRIL_ 2000, a True and Correct copy of Petitioner's Motion requesting a "Temporary Hold" has been submitted to the Attorney General Office. Named Attorney, Andy Taylor. Add. P.O. Box. 12548, Austin, Texas 78711-2548

EXECUTED On _5TH_ of _APRIL_ 2000.
SIGNED _Bruce Martin_ No. _399023_.
Add. Connally Unit, H.C.67, Box.115
       Kenedy, Texas. 78119