UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

BRUCE MARTIN §
§
v. § C. A. NO. C-00-053
§
GARY JOHNSON §

## ORDER DENYING REQUEST FOR EXTENSION OF TIME

Plaintiff has filed his Motion (D.E. 8) requesting an extension of time in which to respond to the Motion to Dismiss filed on March 31, 2000 (D.E. 7). He claims that he is awaiting word from the Nueces County District Court as to whether he is permitted to proceed with his federal petition for habeas corpus relief.

Plaintiff's ability to seek federal habeas corpus relief does not in any way depend on permission from a state district court. Accordingly, his motion for extension of time is DENIED. His response to the motion to dismiss is due by May 15, 2000.

SIGNED this ____20____ day of April 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE