United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BRUCE WAYNE MARTIN § | |
| § | 13. |
| V. § | C.A. NO. C-00-053 |
| § | |
| GARY L. JOHNSON, DIRECTOR § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On May 15, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending as follows:

1) that the Court dismiss Petitioner's ineffective assistance of trial counsel claim with prejudice; 28 U.S.C. § 2244(b)(1); and

2) that as to Petitioner's ineffective assistance of appellate counsel claim, the respondent's motion for summary judgment be granted and this claim be dismissed without prejudice. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is ORDERED as follows:

1) Petitioner's ineffective assistance of trial counsel claim is dismissed with prejudice; 28 U.S.C. § 2244(b)(1); and

2) Respondent's motion for summary judgment is granted as to Petitioner's ineffective assistance of appellate counsel claim, and this claim is dismissed without prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 14th day of June, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2