IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI, DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| Bruce Martin | § | C.A. NO. C-00-053 |
| | § | |
| V. | § | |
| | § | |
| Gary L. Johnson, Dir. Texas Department of Criminal Justice, Institutional Division | | |

**MOTION OF PETITIONER's WRITTEN OBJECTIONS
TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS
BY THIS COURT**

TO THE HONORABLE COURT:

Petitioner, Bruce Martin, challenges my two (2) 1995, convictions for burglary of a habitation with enhancement.
1) Petitioner's Writ-Application should not be dismissed as a successive Writ-Application. The Writ-Application filed before this writ pending, and the the issues in Petitioner's pending writ, issues have never been heard by this court. And should be addressed, 2) the reasons stated herein, Petitioner's claim of ineffective assistance of counsel, during trial and then on appeal are a combination that should be fussed together and not apart. Said issues could not had been raised at an earlier time, On first Writ-Application. Because of the documented information was not available. Cases cited: <u>Williams v. Cain</u>, 117 F.3d 863 (5TH Cir. 1997) Williams responded that "at the time of filing of the first Federal Habeas Petition, he did not process nor could he have reasonably obtained the relevant evidence to the claims as presented in the instant petition." Somewhat similar to Petitioner Martin's case.

15.

## CERTIFICATE OF SERVICE

I Petitioner, Bruce Martin, certify, that of this day _7_ of _JUNE_ 2000, a True and Correct Copy of Petitioner's Written Objections, to The Recommandation, have been served upon the Defendants Attorney, Andy Taylor.

    EXECUTED on _7TH_ of _JUNE_ 2000.

    SIGNED _Bruce Martin_ NO. _399023_ .

Connally Unit, H.C.67, Box 115
Kenedy, Texas. 78119


NOTED: Attorney General Office/Andy Taylor
   P.O. Box 12548, Austin, Texas. ~~78119~~
              78711