United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRUCE WAYNE MARTIN | § § | 17. |
| V. | § § | C.A. NO. C-00-053 |
| GARY L. JOHNSON, DIRECTOR TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | § § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On May 15, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending as follows:

1) that the Court dismiss Petitioner's ineffective assistance of trial counsel claim with prejudice; 28 U.S.C. § 2244(b)(1); and

2) that as to Petitioner's ineffective assistance of appellate counsel claim, the respondent's motion for summary judgment be granted and this claim be dismissed without prejudice. On June 14, 2000, Petitioner filed objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and Petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, see *Koeetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), this Court

hereby adopts as its own the findings and conclusions fo the Magistrate judge. Accordingly, it is ORDERED as follows:

1) Petitioner's ineffective assistance of trial counsel claim is dismissed with prejudice; 28 U.S.C. § 2244(b)(1); and

2) Respondent's motion for summary judgment is granted as to Petitioner's ineffective assistance of appellate counsel claim, and this claim is dismissed without prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 26th day of June, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2