United States District Court
Southern District of Texas
ENTERED

JUN 28 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

BRUCE WAYNE MARTIN §
§
V. § C.A. NO. C-00-053
§
GARY L. JOHNSON, DIRECTOR §
TEXAS DEPARTMENT OF CRIMINAL §
JUSTICE, INSTITUTIONAL DIVISION §

18.

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation on Respondent's Motion for Summary Judgment, the Court hereby enters final judgment dismissing Petitioner's ineffective assistance of trial counsel claim and dismissing without prejudice Petitioner's ineffective assistance of appellate counsel claim.

ORDERED this 26th day of June, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE