UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

BRUCE MARTIN
    Petitioner,

V.                                      C.A. NO. C-00-053

GARY JOHNSON, DIRECTOR, TDCJ-ID
FOR THE STATE OF TEXAS.

NOTICE OF APPEAL

TO THE HONORABLE CLERK, CHARLES R. FULBRUGE:

    I, Petitioner, Bruce Martin, 2254 Writ-Application was dismissed by the U.S. District Court, Corpus Christi, Division date on or about <u>June of 2000</u>. Petitioner wish to appeal the district court's decision with the Fifth Circuit Court of Appeals. Under above style and cause.

Petitioner request that this Honorable Court will Grant said Motion to appeal with this court.

Sincerely,

EXECUTED on <u>19</u> of <u>July</u> 2000.

*Bruce Martin*
BRUCE MARTIN NO. 399023
Connally Unit, H.C. Box 115
Kenedy, Texas 78119

19.

## CERTIFICATE OF SERVICE

I hereby certify that on __19__ of __July__ 2000, a true and correct copy of the foregoing was sent to the following by method indicated:

*Bruce Martin*
BRUCE MARTIN
TDCJ-ID NO. 399023
ADD: CONNALLY UNIT/H.C. 67 BOX 115
CITY: KENEDY, TEXAS 78119


**BY U.S. MAIL, CERTIFIED**
**Return Receipt Requested**

Attorney, Andy Taylor
Attorney General Office
P.O. Box 12548, Austin, Texas 78711-2548